## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

G.M. Sign, Inc.

                            Plaintiff,

v.                                          Case No.: 1:13–cv–04179
                                            Honorable Harry D. Leinenweber

Kurt Behrenfeld, et al.

                            Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 9, 2014:

        MINUTE entry before the Honorable Harry D. Leinenweber: In light of Plaintiff's representation that the claims asserted in this case have been settled or are in the process of being settled, the motions pending at [13] and [19] are administratively denied without prejudice to their renewal should settlement not proceed as expected. Having been advised that the parties are in the process of finalizing their settlement, the Court is happy to oblige Plaintiff's request for a two week adjournment of the status conference tomorrow. The conference is adjourned to 9/24/2014 at 9 a.m. In the event that the parties finalize their settlement prior to the 24th, they should file an appropriate stipulation to dismiss the case and inform Chambers that they do not wish to appear. SO ORDERED.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.