# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| G.M. SIGN, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) |
| Plaintiff, | ) ) ) Case No.: 1-13-cv-4179 |
| v. | ) ) |
| KURT BEHRENFELD, FRANCHISE HORIZON GROUP, INC., BUSINESS HORIZON GROUP, INC., KRB INDUSTRIES, LLC, PAYFERRAL, LLC and JOHN DOES 1-10, | ) ) ) ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION TO VOLUNTARILY DISMISS

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, G.M.SIGN, INC. ("G.M. SIGN") and Defendants, KURT BEHRENFELD, FRANCHISE HORIZON GROUP, INC., BUSINESS HORIZON GROUP, INC., KRB INDUSTRIES, LLC, and PAYFERRAL, LLC ("DEFENDANTS"), by and through their attorneys, hereby stipulate that the Agreed Injunction Order, attached as Exhibit A, should be entered and then the remainder of the case should be voluntarily dismissed with prejudice, all parties to bear their own attorneys fees and costs. Rule 23(e) does not apply because no class was certified. Putative Class claims are dismissed without prejudice. The Court however should retain jurisdiction to enforce the terms of the settlement.

Defendants, KURT BEHRENFELD, FRANCHISE HORIZON GROUP, INC., BUSINESS HORIZON GROUP, INC., KRB INDUSTRIES, LLC, and PAYFERRAL, LLC, are enjoined, restrained and prohibited from sending any facsimile advertisements without prior express permission or invitation and without the appropriate opt out language required by 47 C.F.R. 64.1200.

By: /s/ Brian J. Wanca  /s/Joseph D. Ackerman
   Brian J. Wanca  Joseph D. Ackerman
   ANDERSON + WANCA  MORSE, BOLDUC & DINOS
   3701 Algonquin Road, Suite 760  25 E. Washington, Ste. 750
   Rolling Meadows, IL 60008  Chicago, IL 60602
   Telephone: 847/368-1500  Telephone: 312/251-2577

*Attorneys for Plaintiff*  *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

     I hereby certify that on October 7, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                  /s/ Brian J. Wanca